UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CRAIG DELIGDISH, M.D,**

**Plaintiff,**

**v.** **Case No. 6:24-cv-1355-CEM-DCI**

**NORTH BREVARD COUNTY MEDICAL DISTRICT and NORTH BREVARD MEDICAL SUPPORT, INC.,**

**Defendants.**
_________________________________/

**ORDER**

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal with prejudice (Doc. 33). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on December 16, 2025.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record